IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

IGNACIO ADRIAN NIEVES BERMUDEZ      :
                                    :
                                    :
                                    : Civil Action No. 1:16-cv-00159-TSE-MSN
        Plaintiff,                  :
                                    :
v.                                  :
                                    :
BRONX PIZZA OF CLARENDON, INC., et al.  :
                                    :
        Defendants.                 :

## STIPULATED DISMISSAL ORDER

This matter came before the Court on the parties agreement as to the disposition of this matter and upon consideration thereof and with the consent of the parties, it is

ORDERED that Plaintiff's claims set forth in the Complaint be and hereby are DISMISSED WITH PREJUDICE; and it is further

ORDERED that should Defendants fail to make any payment due under the parties' Settlement Agreement within five days of the date due that Plaintiff may reopen this matter and judgment shall be entered in the amount of $50,000.00, less credit for payments made.

Dated: _____, 2016, at Alexandria, Virginia.

                                    _____
                                    T.S. Ellis, III
                                    United States District Judge

4526823_1

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By: _____/s/_____
Mary Craine Lombardo (77768)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 (fax)
mlombardo@steinsperling.com
*Attorneys for Plaintiff*

-and-

WILLIAM L. SCHMIDT & ASSOCIATES, P.C.

By: _____/s/_____
William L. Schmidt
4103 Chain Bridge Road
Fairfax, Virginia 22030
(703 293-8900
Fax: (703) 293-8950
bill@wschmidtlaw.com
*Attorneys for Defendants*

*(signed by Mary Craine Lombardo with permission of William L. Schmidt)*

4526823_1