

# STEIN SPERLING
## BENNETT · DE JONG · DRISCOLL PC
### ATTORNEYS AT LAW

**CRYSTAL G. VEREEN**
LEGAL ASSISTANT

25 West Middle Lane
Rockville, Maryland 20850

301-340-2020 x263 direct
301-340-2020 main
301-354-8163 direct fax

cvereen@steinsperling.com
www.steinsperling.com

April 7, 2016

RECEIVED
MAILROOM

Clerk of Court - Civil
United States District Court for the
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia  22314

File Number: 2160078-1

Re:  *Ignacio Adrian Nieves Bermudez v. Bronx Pizza of Clarendon, Inc., et al.*
     Civil Action No.: 1:16-cv-00159-TSE-MSN

Dear Sir or Madam:

Enclosed please find a Stipulated Dismissal Order for filing in the above referenced matter. Kindly date-stamp the additional copy and return to the undersigned in the enclosed self-addressed stamped envelope. Thank you.

Very truly yours,

Crystal Vereen

Crystal G. Vereen
Legal Assistant to Mary Craine Lombardo

CGV
Enclosures

4538117_1